UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW WILKINS individually, and on behalf of all other similarly situated consumers,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVE MADDEN, LTD.,<br><br>  Defendant, | Case No.: 1:24-cv-07757-NCM-VMS<br><br><br><br>**NOTICE OF SETLEMENT** |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Andrew Wilkins (Plaintiff) Steve Madden, ltd., ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 26th day of June, 2025.

Respectfully Submitted,

/s/ Daniel Zemel
/s/Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T (862) 227-3106
dz@zemellawllc.com
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Daniel Zemel
Daniel Zemel, Esq.