

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:       (862) 204-5901
DZ@ZEMELLAWLLC.COM

September 10, 2025

**VIA ECF:**

Honorable Vera M. Scanlon
United States Magistrate Judge
U.S. District Court – Eastern District of New York

     ***RE:***    ***Andrew Wilkins v. Steven Madden, Ltd..***
           **Case Number:  1:24-cv-07757-NCM-VMS**

Dear Judge Scanlon:

Pursuant to the Court's September 10, 2025 Order, I respectfully submit this letter to explain the delay in filing the Stipulation of Dismissal by the August 28, 2025 deadline.

Our office had intended to file the stipulation by that date. However, due to staff travel obligations, the filing was inadvertently overlooked. As a result, the stipulation was not timely filed. We regret this oversight and sincerely apologize to the Court.

The Stipulation of Dismissal is enclosed herein and submitted concurrently with this correspondence

               Respectfully submitted,

.

               /s/ Daniel Zemel
               Daniel Zemel

cc: All counsel of record (via ECF)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br><br>STEVEN MADDEN Ltd.,<br><br>        Defendant. | **Case No.: 1:24-cv-07757-NCM-VMS**<br><br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between counsel for Plaintiff, Andrew Wilkins, and Defendant, Steve Madden Ltd., that the above-entitled action is hereby dismissed against Defendant, Steve Madden Ltd., with prejudice and with each party to bear its own attorneys' fees and costs pursuant to FED. R. CIV. P. 41(a).

Dated: September 10th, 2025

Respectfully submitted,


*/s/ Jennifer S. Rusie*
Jennifer S Rusie
Jackson Lewis P.C.
611 Commerce Street
Suite 2803
Nashville, TN 37203
615-565-1664
Fax: 615-206-2244
Email:
Jennifer.Rusie@jacksonlewis.com
Attorney for Defendant

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, NJ 07514
Tel: (862) 227-3106
Fax: (973) 282-8603
Email: dz@zemellawllc.com
Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10th, 2025, a true and correct copy of the

foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.